# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KELLIE REGAN,

    Plaintiff,

v.                                            Case No. 14-14736

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                                    /

## JUDGMENT

        In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objection; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Denying Plaintiff's Motion for Summary Judgment; and (4) Granting Defendant's Motion for Summary Judgment" dated March 29, 2016,

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Kellie Regan. Dated at Detroit, Michigan, this 29th day of March 2016.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: March 29, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2016, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522